UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRONSHORE SPECIALTY INSURANCE
COMPANY,

       Plaintiff,                                  Case Number 17-10802

v.                                                  Honorable David M. Lawson

GENESEE COUNTY, PATRICK FULLER,
ROBERT NUCKOLLS, DAVID KENAMER,
KYLE GUEST, MARK WING, JASON WHITE,
WILLIAM JENNINGS, and EVEREST
NATIONAL INSURANCE COMPANY,

       Defendants,
and

WILLIAM JENNINGS,

       Cross-plaintiff,
v.

GENESEE COUNTY and EVEREST NATIONAL
INSURANCE COMPANY,

       Cross-defendants.
_____/

## ORDER GRANTING MOTION FOR RULING ON QUALIFICATION OF COUNSEL

This matter is before the Court on the plaintiff's motion for a ruling on whether the plaintiff's counsel of record is disqualified from representing the plaintiff due to an ethical conflict. The Court has reviewed the submissions of the parties and heard oral argument on May 30, 2017. At the end of the hearing the Court announced from the bench its decision to grant the motion and its finding that attorney Bruce Truex is not disqualified from representing the plaintiff in this case.

Accordingly, for the reasons stated on the record, it is **ORDERED** that the plaintiff's motion for a ruling as to the qualification of counsel [dkt. #16] is **GRANTED**, and the Court finds that

attorney Bruce Truex is not disqualified from proceeding as counsel of record for the plaintiff in this case. However, the Secrest Wardle law firm must ensure that attorney Daniel Makarski does not receive any portion of the fee from this case.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: May 30, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 30, 2017.

s/Susan Pinkowski<br>
SUSAN PINKOWSKI